**ALLCO RENEWABLE ENERGY LIMITED, Plaintiff,**

v.

**MASSACHUSETTS ELECTRIC COMPANY d/b/a National Grid; Angela O'Connor, Jolette Westbrook and Robert Hayden, in their official capacities as Commissioners of the Massachusetts Department of Public Utilities; and Judith Judson, in her official capacity as Commissioner of the Massachusetts Department of Energy Resources, Defendants.**

**Civil Action No. 15–13515–PBS**

United States District Court, D. Massachusetts.

Filed January 23, 2017

Ira H. Zaleznik, Lawson & Weitzen, LLP, Boston, MA, Thomas Melone, Allco Renewable Energy Limited, New York, NY, for Plaintiff.

Anthony J. Marchetta, Sarah S. Langstedt, Day Pitney, LLP, Parsippany, NJ, Jonathan I. Handler, Day Pitney LLP, Sookyoung Shin, Timothy James Casey, Office of the Attorney General, Boston, MA, for Defendants.

## ORDER

Saris, Chief Judge.

Allco's motion for reconsideration of the Court's order on summary judgment (Docket No. 78) is **DENIED**. Section 210(g)(2) of PURPA lays out the enforcement process by "[a]ny person" against an electric utility to "enforce any requirement" established by a state regulatory authority. 16 U.S.C. § 824a–3(g)(2). There is no federal statutory provision providing a private cause of action for damages against the utility independent of the PURPA enforcement scheme. Section 210(h)(1) applies only to Commission enforcement. Id. § 824a–3(h)(1).

Parties shall file proposed form of judgment by 2/6/2017.